IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02874-LTB

WILLIAM A. MAUNZ,

    Plaintiff,

v.

SGT. L. MAPES, w/f,
C.O. JIMENEZ, hisp./f,
C.O. E. McDONALD, w/male,
CAPT. LARIMORE, w/male,
LT. HUGHBANKS, w/male,
COLORADO DEPT. OF CORRECTIONS,
SAN CARLOS CORRECTIONAL FACILITY, and
STATE OF COLORADO, et al.,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 7, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 7 day of March, 2013.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/ S. Grimm
                              Deputy Clerk